PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>LINDSAY M. CARSON,<br><br>             Defendant. | CASE NO. 2:16-CR-00187-EFB<br><br>STIPULATION TO CONTINUE STATUS HEARING AND [~~PROPOSED~~] ORDER<br><br>DATE: February 13, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Edmund F. Brennan |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on February 13, 2017.

2. The parties have reached an agreement in principle concerning a deferred prosecution agreement that they intend to execute next week. Once that agreement is executed, the United States anticipates filing a motion to dismiss this action without prejudice under Federal Rule of Criminal Procedure 48. Accordingly, the status conference scheduled for February 13, 2017 is unnecessary, and the parties seek to continue it to March 6, 2017 with the expectation that it will be vacated once the Court rules on the motion to dismiss.

3. By this stipulation, the parties now jointly move to continue the status hearing to March 6, 2017, at 10:00 a.m.

IT IS SO STIPULATED.

Dated:  February 10, 2017        PHILLIP A. TALBERT
                                 United States Attorney


                                 /s/ ROBERT J. ARTUZ
                                 ROBERT J. ARTUZ
                                 Special Assistant U.S. Attorney


Dated:  February 10, 2017        /s/ LINDA ALLISON
                                 LINDA ALLISON
                                 Counsel for Defendant
                                 Lindsay M. Carson


                                 /s/ DANIEL PICKOLICK
                                 DANIEL PICKOLICK
                                 Counsel for Defendant
                                 Lindsay M. Carson


## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of February, 2017.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE