PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LINDSAY M. CARSON,<br><br>    Defendant. | CASE NO. 2:16-CR-00187-EFB<br><br>[PROPOSED] ORDER DISMISSING INFORMATION AND VACATING STATUS HEARING |

### ORDER

It is hereby ordered that the Information in Case Number 2:16-CR-00187-EFB, United States v. Lindsay M. Carson, is DISMISSED without prejudice, and the status conference of March 6, 2017 at 10:00 a.m. is vacated.

IT IS SO ORDERED this 6th day of March, 2017.

/s/ EDMUND F. BRENNAN
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE